# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-3200

_____

Charles Swift

*Plaintiff - Appellant*

v.

Wadie Thomas; Matthew Kahler

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: October 20, 2016
Filed: October 21, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Charles Swift appeals after the district court[1] dismissed, without prejudice, his 42 U.S.C. § 1983 complaint requesting that the district court impose directions upon a

---

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

state-court judge.  Upon careful review, and for the reasons stated by the district court, we conclude that the dismissal was proper.  *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B) dismissal is reviewed de novo).

Accordingly, we affirm.  *See* 8th Cir. R. 47B.

———————————————